UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON, | No. 2:12-cv-03054 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| C. ESSEX, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 71.) Defendants have filed objections to the findings and recommendations. (ECF Nos. 72; 73.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 10, 2017 (ECF No. 71) are adopted in full; and

2. Defendants' motions for summary judgment (ECF Nos. 63; 64) are denied.

DATED: MAY 18, 2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE