UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON, | No. 2:12-cv-3054 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| C. ESSEX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and informa pauperis in an action brought under 42 U.S.C. § 1983. This matter was set for jury trial on March 12, 2018. Presently before the court are Defendant Banyas' objections to the court's pretrial order. (ECF No. 92.)

Defendant Banyas objected to the date of "March 16, 2012" under DISPUTED FACTUAL ISSUES. The court will amend the pretrial order to correct the error. Defendant Banyas also requests that the court reschedule the trial because of a scheduling conflict for Defendant Banyas' designated trial attorney. Good cause appearing, the court will reschedule the trial.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial order (ECF No. 88) is amended on page 6, lines 17 through 18. Lines 17 through 18 shall now read as, "Whether defendants were justified in involuntarily medicating plaintiff on March 18, 2012 and April 4, 2012."

2. The pretrial order (ECF No. 88) is amended on page 12, lines 12 through 13. Lines 12 through 13 shall read as, "Jury trial is set for May 21, 2018 at 9:00 a.m. in Courtroom #6 before the Honorable John A. Mendez."

Dated: January 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/prisoner-civil rights/wash3054.am'd82