UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C. ESSEX, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-3054 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 98.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2018 (ECF No. 98), are adopted in full; and

2. Plaintiff's requests for injunctive relief (ECF Nos. 94, 95) are denied without prejudice.

DATED: April 26, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE