FILED
AUG 24 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRACYE BENARD WASHINGTON,　　　　) Case No. 2:12-CV-03054 JAM-DB
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　) **RESPONSE TO NOTE #1 FROM JURY**
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
CRAIG ESSEX, CAROL BANYAS,　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　 )

　　　　For purposes of this case, the 14th Amendment provides that no State shall deprive any person of life, liberty or property without due process of law.  Jury Instruction No. 11 (which you should read again) explains the Plaintiff's allegation against the Defendants. If you find that Plaintiff has proven by a preponderance of the evidence that he was involuntarily medicated and there was no emergency, as defined in Jury Instruction No. 12 (which you should read again), then you may find that Plaintiff's rights under the 14th Amendment have been violated.  On the other hand, if you find that Plaintiff has not met his burden of proof as to each Defendant, you must find in favor of that Defendant.

Dated: August 24, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez