UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BERNARD WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>C. ESSEX, et al.,<br><br>  Defendants. | No.  2:12-cv-03054-DAD-DB<br><br><br>ORDER |

The parties filed a Joint Stipulation for Extension of Time to File Dispositional Documents.  (ECF No. 242.)  Good cause appearing, IT IS HEREBY ORDERED that, Plaintiff Tracye Bernard Washington and Defendants Dr. Craig Essex and Dr. Carol Banyas shall have until and including May 1, 2024, to file dispositional documents in this matter.

Dated:  April 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16

DB/Prisoner Inbox/Civil/R/wash3054.36

1