1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TRACYE BENARD WASHINGTON,                    No.  2:12-cv-03054-DAD-DB

12                     Plaintiff,

13          v.                                     ORDER

14    C. ESSEX, et al.,

15                     Defendants.

16

17          All parties have stipulated that this action be dismissed.  (ECF No. 244.)  Accordingly, IT

18    IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P.

19    41(a)(1)(A)(ii).

20    Dated:  April 29, 2024

21

22

23                                      DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27    DB16

28

                                              1

DB/Prisoner/Civil/R/wash3054.59c